**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-cr-01542-LL |
| Plaintiff, | **JUDGMENT AND ORDER DISMISSING THE INDICTMENT** |
| v. | |
| JOSH ARTURO AVILA JIMENEZ, | |
| Defendant. | |

Based upon the Motion to Dismiss the Indictment, for the reasons set forth therein, and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

The United States' Motion to Dismiss is **GRANTED**, and the Indictment is dismissed without prejudice.

DATED: 6/12/2026

_____

THE HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE